IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

THE ESTATE OF STEPHANIE DAWN
MELLON-REPPEN, (by its personal
Representative ABBEY REPPEN)
     Plaintiffs,

Case No. 2:26-cv-10116-JJCG-EAS
Hon. Jonathan J.C. Grey
Mag. Elizabeth A. Stafford

FARM BUREAU GENERAL INSURANCE COMPANY
OF MICHIGAN, a Michigan Insurance Corporation, and
UNITED STATES OF AMERICA
     Defendants.

| KEVIN H. SEIFERHELD (P58016) | ANTHONY P. SINISHTAJ (P82128) |
|---|---|
| MICHIGAN AUTO LAW. P.C. | ANSELMI MIERZEJEWSKI |
| Attorneys for Plaintiff | RUTH & SOWLE, P.C. |
| 30101 Northwestern HWY, Ste 100 | Attorneys for Defendant Farm Bureau |
| Farmington Hills, MI, 48334-6201 | 1750 S. Telegraph Road, Suite 306 |
| kseiferheld@michiganautolaw.com | Bloomfield Hills, MI  48302 |
| esimon@michiganautolaw.com | (248) 338-2290 x230 |
| | Asinishtaj@a-mlaw.com |
| | laura@a-mlaw.com |
| | |
| | Bradley H. Darling (P63176) |
| | Assistant United States Attorney |
| | 211 W. Fort Street, Suite 2001 |
| | Detroit, Michigan 48226 |
| | (313) 226-9137 |
| | bradley.darling@usdoj.gov |

## DEFENDANT FARM BUREAU GENERAL INSURANCE COMPANY'S RULE 26 DISCLOSURES

NOW COMES Defendant Farm Bureau General Insurance Company, by and through its attorneys, ANSELMI MIERZEJEWSKI RUTH & SOWLE P.C., and pursuant to Fed. R. Civ. P. 26, submits the following Disclosures:

Fed. R. Civ. P. 26 (a)(1)(A)(i):

Defendant expects that the following individuals may have relevant information:

- Abbey Reppen, Personal Representative of the Estate of Stephanie Mellon-Reppen, c/o Michigan Auto Law PC
- Chesley Seiler, 32543 Barkley St, Livonia, MI 48154

Abbey Reppen and Chesley Seiler are family members of the deceased Stephanie Reppen-Mellon and are expected to testify regarding damages claimed by the Estate.

- Nicholas Hill, c/o Assistant United States Attorney

Hill is expected to testify regarding how the subject motor vehicle accident occurred, ownership details regarding the vehicle he was operating at the time of the accident, and any other information that may be relevant to this lawsuit.

- Any and all representatives of Farm Bureau General Insurance Company, c/o Anselmi, Mierzejewski, Ruth & Sowle PC, including, but not limited to, Steven Birn

These individuals are expected to testify regarding the deceased's policy with Farm Bureau General Insurance Company, the rights and limitations to coverage therein, and any other information that may be relevant to this lawsuit.

- Amy Josephine Skotzke, 1383 Twain Ct, Troy, 48083 MI
- "Hunter"
- Andrea Brunackey, 6638 Crystal Beach Rd NW, Rapid City, MI 49676

- Sarah Miyata Conley, address unknown
- Cierra Hooks, 12801 Berwyn, Redford, MI, 48239
- Stephanie Paraskevi-Gavrilos, address unknown

These individuals are expected to testify regarding how the subject motor vehicle accident occurred, and any other information that may be relevant to this lawsuit.

- Any and all representatives of Redford Township Police Department, 25833 Elsinore St, Redford Township, MI 48239, including, but not limited to, Officer Sutton, Officer Hall (174), Officer Insco (22008), Officer Ditzhazy (45026), Officer Vance (48290), and Officer Wilson (53230)

These individuals are expected to testify regarding their investigation of the subject accident, how the subject accident occurred, and any other information that may be relevant to this lawsuit.

- Any and all representatives of Michigan State Police Department, 12111 Telegraph Rd, Taylor, MI 48180, including but not limited to: Officer Dobberstein (171), Lt. Patrick Herman (72) and Trooper Ryan Boden (1215);

These individuals are expected to testify regarding their investigation of the subject accident, how the subject accident occurred, and any other information that may be relevant to this lawsuit.

- Any and all representatives of Karmanos Cancer Institute, 4100 John R Detroit, MI 48201

These individuals are expected to testify regarding the extent of survivor loss damages, and any other information that may be relevant to this lawsuit.

- Any and all representatives of the Wayne County Medical Examiner's Office, 1300 E Warren Ave, Detroit, MI 48207, including, but not limited to, Dr. Lokman Sung (MD) and Kevin Bullock

These individuals are expected to testify regarding the cause of the deceased's injuries and death, and any other information that may be relevant to this lawsuit.

Fed. R. Civ. P. 26 (a)(1)(A)(ii):

Plaintiff is expected to rely upon the following documentary evidence in support of its claims:

- Defendant Farm Bureau General Insurance Company's Claim File
- USA/DEA's Work-Vehicle policies
- Any and all Police reports
- Any and all dashcam and bodycam footage from investigating police officers
- Any and all medical records and medical examinder's report regarding Stephanie Reppen-Mellon
- Any employment records regarding Stephanie Reppen-Mellon's employment with Karmanos Cancer Institute

Plaintiff reserves the right to supplement these Disclosures with any documents/information that become available in the discovery process.

Fed. R. Civ. P. 26 (a)(1)(A)(iii):

N/A, Defendant Farm Bureau General Insurance Company is not claiming damages in this lawsuit. It respectfully submits that it owes no duty to cover Plaintiff related to the subject motor vehicle accident.

Fed. R. Civ. P. 26 (a)(1)(A)(iv):

Farm Bureau General Insurance Company's policy with Stephanie Reppen-Mellon will be produced under separate cover.

Fed. R. Civ. P. 26 (a)(2)(A), (B), and (C):

Plaintiff also expects any officers of the Michigan State Police or Redford Police Department to testify regarding accident reconstruction of the subject accident. Defendant Farm Bureau General Insurance Company has not retained an expert to date but retains the right to amend its answers as discovery unfolds.

Defendant Farm Bureau General Insurance Company reserves the right to supplement these Disclosures.

Respectfully submitted,

ANSELMI MIERZEJEWSKI
RUTH & SOWLE P.C.

Dated:  July 23, 2026

By:   */s/ Anthony P. Sinishtaj*
Anthony P. Sinishtaj (P82128)
Attorney for Defendant Farm Bureau
1750 S. Telegraph Road, Suite 306
Bloomfield Hills, MI 48302
(248) 338-2290