UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Abbey Reppen,

Plaintiff(s),

v.                                                    Case No. 2:26–cv–10116–JJCG–EAS
                                                      Hon. Jonathan J.C. Grey

Farm Bureau General Insurance
Company of Michigan, et al.,

Defendant(s),

_____

**NOTICE OF REMAND**

TO:  WAYNE COUNTY CIRCUIT COURT


Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

Please acknowledge receipt of these documents by returning a time–stamped copy of this Notice to:

Clerk's Office
U.S. District Court for the Eastern District of Michigan
231 W. Lafayette Boulevard, 5th Floor
Detroit, Michigan  48226
(313) 234–5005


**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT


By: s/Carolyn M Ciesla
Deputy Clerk

Dated:   August 3, 2026